```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**STEPHEN PARDUE**                                                         **PLAINTIFF**

      v.              Civil No. 09-5149

**DEPUTY GRINDER, ET AL.**                                              **DEFENDANTS**

### O R D E R

NOW on this the 7TH day of June 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #16), filed on May 10, 2010, in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation of the Magistrate Judge, Defendants' **Motion to Dismiss** (document #13) is hereby **GRANTED** and Plaintiff's complaint is hereby dismissed.

      IT IS SO ORDERED.

                                      /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE